UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHELLE L MURRAY,

                Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendants.

Case No. C19-5499 TLF

ORDER GRANTING AWARD OF ATTORNEY'S FEES

Plaintiff has filed a motion for attorney's fees pursuant to 42 U.S.C. § 406(b). Dkt. 23. Plaintiff seeks a total award of $21,169.50 less the amount that was awarded in the EAJA award in the sum of $7,696.43, resulting in a net award of $13,473.07. *Id*. Defendant does not object to Plaintiff's request, but brings a minor calculation error to the Court's attention-the actual amount withheld was $21,144.00; thus, the net fee should be $13,447.57. Dkt. 25. The Court finds plaintiff's counsel is entitled to fees under Section 406(b) and accordingly **GRANTS** plaintiff's motion and **ORDERS** as follows:

    (1)    Plaintiff is granted attorney fees in the amount of $13,447.57.

    (2)    Subject to any offset allowed under the Treasury Offset Program, as

ORDER GRANTING AWARD OF ATTORNEY'S FEES - 1

discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010), payment of this award shall be sent to plaintiff's attorney Eitan Kassel Yanich at his address: 203 Fourth Avenue E., Suite 321, Olympia, WA 98501.

Dated this 2nd day of November, 2021.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING AWARD OF ATTORNEY'S FEES - 2